■ NINETTE KIDDON, Respondent, v. MEL D. KIDDON, Appellant.— Judgment, Supreme Court, New York County, entered on June 21, 1971, insofar as appealed from, unanimously modified, on the law and the facts, to the extent of reducing to $80 per week the amount awarded to the plaintiff for her maintenance and support, and as so modified, the judgment is otherwise affirmed, without costs and without disbursements. On the present record, the award of alimony was excessive to the extent indicated. Concur — Markewich, J. P., Kupferman, Murphy, Steuer and Tilzer, JJ.

■ In the Matter of ROBERT LEOPOLD, Respondent, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles of the State of New York, Appellant.— Judgment, Supreme Court, New York County, entered on October 19, 1971, unanimously affirmed, without costs and without disbursements. We treat the proceeding as if it had been transferred in the first instance (CPLR 7804, subd. [g]). Upon this record we find the determination of the Commissioner was not supported by substantial evidence. Concur — Stevens, P. J., Capozzoli, Markewich, Murphy and McNally, JJ.